**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM M. TEZAK,<br>Plaintiff,<br>v.<br>CITY OF SUSANVILLE, et. al.,<br>Defendants. | No. 2:26-cv-0082-TLN-ICD<br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a 60-day extension of time to file a first amended complaint. ECF No. 5. Good cause appearing, Plaintiff's motion is granted. Plaintiff's first amended complaint is due within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: September 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE